# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 10-798V
### (Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| ALEX HIGDON and JANE HIGDON, parents of A.H, a minor, | \* | |
| Petitioners, | \* | |
| | \* | Filed: January 9, 2015 |
| v. | \* | |
| | \* | Decision on Attorney's |
| SECRETARY OF HEALTH AND HUMAN SERVICES | \* | Fees and Costs |
| Respondent. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


## DECISION (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on November 12, 2014. On January 8, 2015, the parties filed a joint stipulation of fact concerning attorney's fees and costs in this matter. The parties' stipulation requests a total payment of $34,338.96, representing attorney's fees and costs for work performed by the law firm of Robert J. Krakow.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $34,338.96 as a lump sum in the form of a check payable jointly to petitioners and petitioners' counsel, Robert J. Krakow.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.